IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GREGORY M. MATTHIES, | ) | |
| | ) | |
| Petitioner, | ) | 4:12CV3069 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT HOUSTON, | ) | ORDER AND JUDGMENT |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1) The Petition for Writ of Habeas Corpus and Amended Petition for Writ of Habeas Corpus are dismissed without prejudice.

2) Petitioner's Motion for Telephonic Hearing (Filing No. 23) is denied as moot.

3) The Court will not issue a certificate of appealability in this matter.

DATED this 26th day of March, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.